**10-10087-bam**

FRIENDS OF JOHNNY LEE WICKS
c/o 1812 Shifting Winds Street
Las Vegas, NV 89117
702-787-0002 and 702-254-3402
CREDITORS

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: )
 )  Chapters 7 and 11
UNITED STATES, ET AL )
 )  Date:
   Debtors )  Time:

**EMERGENCY HEARING WITH ORAL TESTIMONY FOR IMMEDIATE DAMAGES DUE TO MURDER/SUICIDE AND CERTIFICATE OF SERVICE**

WE creditors seek emergency monetary relief due to federal court errors in the federal court of Judge Phillip Pro as evidenced by the murder/suicide of Johnny Lee Wicks on January 4, 2010.

Federal EEOC Director Olophius Perry, General Counsel Anna Y. Park, Lucy Orta, and Sarah Aguerra admit no program exists for Las Vegas when citizens are discriminated against by federal agencies.

That on December 31, 2009, Bankruptcy Judge Bruce A. Markell erred when he closed case 09-33927 stating no jurisdiction then citing jurisdiction does exist under 11 USC SS 101(27).

WE CREDITORS are barred from collecting debts already admitted owed us by the federal government and their liability carriers because we are discriminated against:

1) We are indigent and cannot afford attorneys,

2) Bankruptcy Court sends copies to BNC Mailing Matrix US Trustee LV 7 USTPRegion17.1.V.ECF@usdoj.gov to which we have no understanding,

3) The Documents are not accurately labeled Ex Parte,

4) We were barred from filing our documents because of court closures and courthouse shootings.

5) Judges in the State of Nevada have recused themselves because of government errors and omissions including but not limited to State of Nevada criminal court Judge William Jensen.

//

1  //

2  **CERTIFICATE OF SERVICE**

3  I hereby certify that I faxed a copy of this **EMERGENCY HEARING WITH ORAL TESTIMONY FOR IMMEDIATE DAMAGES DUE TO MURDER/SUICIDE AND CERTIFICATE OF SERVICE** to United States Attorney General, Eric Holder's General Counsel Margaret Richardson at (202) 616-5117.

Submitted by this 5th day of January, 2010 under penalty of perjury:

*[signature]*

DeAnn Wiesner for
FRIENDS OF JOHNNY LEE WICKS
c/o 1812 Shifting Winds Street
Las Vegas, NV 89117
702-787-0002 or 702-254-3402

HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for

Jan 05 2010 1:44pm

## Last Fax

| Date  | Time   | Type | Identification | Duration | Pages | Result |
|-------|--------|------|----------------|----------|-------|--------|
| Jan 5 | 1:43pm | Sent | 12026165117    | 0:44     | 2     | OK     |

Result:  
OK - black and white fax

3 of 3